PATRICIA J. HALLAN, APPELLEE, V. RICHARD HALLAN,
APPELLANT.

444 N.W.2d 896

Filed September 1, 1989.   No. 87-336.

David W. Jorgensen, of Nye, Hervert, Jorgensen & Watson,
P.C., for appellant.

Steven H. Heldt, of Smith, Smith & Heldt, for appellee.

BOSLAUGH, SHANAHAN, and GRANT, JJ., and KNAPP and
ROWLANDS, D. JJ.

PER CURIAM.

In this dissolution of marriage case, respondent husband
appeals from the trial court's division of property, asserting
insufficiency of the interest awarded him in his wife's retirement
funds and objecting to the trial court's inclusion as a marital
asset of a portion of a settlement he received from an action he
had filed against a former employer, following his sixth and
final involuntary termination of employment.

The ultimate test in determining the appropriateness of the
division of property is reasonableness as determined by the
facts in each case. *Busekist v. Busekist*, 224 Neb. 510, 398
N.W.2d 722 (1987). We have reviewed the record de novo as we
are required to do, and we have determined that the trial court
did not abuse its discretion with regard to either of the matters
of which complaint is made. The decree of the trial court is
affirmed.

AFFIRMED.